IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| FAIR HOUSING CENTER OF SOUTHEAST & MID MICHIGAN, | Case No. 2:20-cv-10491<br>Hon. Bernard A. Friedman<br>Magistrate Judge Elizabeth A. Stafford |
| Plaintiff, | |
| vs. | |
| ERIE INVESTMENTS NO. 15, LLC, a Domestic Limited Liability Company, and MIKE O'LYNNGER, an individual, | |
| Defendants. | |

| | |
|---|---|
| WILLIAM F. PIPER, PLC<br>WILLIAM F. PIPER (P38636)<br>Attorney for Plaintiff<br>1611 West Centre Avenue, Ste. 209<br>Portage, MI 49204<br>(269) 321-5008 / Fax (269) 321-5009<br>wpiper@wpiperlaw.com | SECREST WARDLE<br>BRUCE A. TRUEX (P26035)<br>ELIZABETH M. MALONE (P36083)<br>Attorneys for Defendants<br>2600 Troy Center Drive/P.O. Box 5025<br>Troy, Michigan 48007-5025<br>(248) 851-9500 / Fax (248) 251-1817<br>btruex@secrestwardle.com<br>emalone@secrestwardle.com |

## **STIPULATED ORDER OF DISMISSAL**

The above entitled cause having been amicably settled between Plaintiff, Fair Housing Center of Southeast and Mid Michigan, and Defendants, Erie Investments No. 15, LLC and Mike O'Lynnger:

**IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiff and the Defendants, by and through their respective counsel, that said cause

1

shall and hereby is dismissed with prejudice and without costs or attorney fees to any of the parties hereto.

**IT IS FURTHER STIPULATED AND AGREED** that this dismissal resolves the last pending claim and closes the case.

**IT IS SO ORDERED.**

                                              s/Bernard A. Friedman
                                              Hon. Bernard A. Friedman
                                              Senior United States District Judge

Dated: September 12, 2022
       Detroit, Michigan

Approved as to form and content:

/s/ *William F. Piper (w/perm. 9/9/22)*        /s/ *Elizabeth M. Malone*
WILLIAM F. PIPER (P38636)               BRUCE A. TRUEX (P26035)
Attorney for Plaintiff                           ELIZABETH M. MALONE (P36083)
                                                  Attorney for Defendants

7760611_1.docx